FILED'10 DEC 02 13:13 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JAMES A. LINGREN,

        Plaintiff,        Civil No. 10-1443-AA

    v.                      ORDER

OFFICER JEREMY FAIR,
et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff filed a complaint under 42 U.S.C. § 1983 but did pay the requisite filing fee or file an application to proceed in forma pauperis.

    Plaintiff is allowed 30 days from the date of this order to either pay the $350 filing fee or to file an application to proceed in forma pauperis.

    Plaintiff is advised that failure to do one of the above will result in the dismissal of this case for failure to prosecute.

1 - ORDER

The Clerk of the Court is directed to send plaintiff the appropriate form.

DATED this **1** day of December, 2010.

*[signature]*
Ann Aiken
United States District Judge

2 - ORDER